**Detrine HUDSON, Plaintiff–Appellant,**

v.

**Case Manager Valorie WILKINSON;
Counsellor Bonitta Huger; Warden
Kenny Atkinson, et al, all interested
Parties; FBOP, Defendants–Appel-
lees.**

**No. 14–7491.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Detrine Hudson, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Detrine Hudson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hudson v. Wilkinson,* No. 1:13–cv–03075–RMG, 2014 WL 107983 (D.S.C. Jan. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*